

# CHRIS DANIEL

01-15-00520-CR

## HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/5/2015 3:54:01 PM
CHRISTOPHER A. PRINE
Clerk

June 3, 2015

ALLEN C. ISBELL
ATTORNEY OF RECORD
2016 MAIN, SUITE 110
HOUSTON, TX 77002

Defendant's Name:  CALVIN BALANDA REMO

Cause No   1160719

Court:  339TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause

**Notice of Appeal Filed Date:** 5/28/15
**Sentence Imposed Date:** 5/28/15
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:  ALLEN C. ISBELL**

Sincerely,

S NORRIS
Criminal Post Trial Deputy

CC.  Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

     GINA BENCH  (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P O Box 4651  Houston, Texas  77210-4651

Cause No. *1160719*

THE STATE OF TEXAS

V.

*Calvin Remo*, A/K/A/ _____

*339TH* District Court / ~~County Criminal Court at Law No.~~

Harris County, Texas

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On *May 28, 2015* (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal

*May 28, 2015*
Date

*Calvin Remo*
Defendant (Printed name)

**FILED**
Chris Daniel
District Clerk

MAY 28 2015

Time:_____
Harris County, Texas

By_____ Deputy

Attorney (Signature) *Calvin Remo / Greg Gladder*

Attorney (Printed name)

*07991300*
State Bar Number

*3017 Houston Ave,*
*Hou. TX. 77009*
Address

*7138800333*
Telephone Number

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

☑ ASKS the Court to ORDER that a free record be provided to him

☐ ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_____
Defendant (Signature)

*Calvin Remo*
Defendant's Printed name

SWORN TO AND SUBSCRIBED BEFORE ME ON *5/28/15*

By Deputy District Clerk of Harris County, Texas _____

## ORDER

On **5/28/15** the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☑ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record

    ☑ employing counsel or paying for a clerk's and court reporter's record

The Court ORDERS that

☑ Counsel's motion to withdraw is (GRANTED)/DENIED.

☐ Defendant / appellant's motion (to be found indigent) is DENIED

☐ Defendant's / appellant's motion is GRANTED and

    ☐ _____ (attorney's name & bar card number)
    is APPOINTED to represent defendant / appellant on appeal

    ☐ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS.

☐ SET at $ _____

☐ TO CONTINUE as presently set.

☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED **5/28/15**

_____
JUDGE PRESIDING,
**339** DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO ____ ,
HARRIS COUNTY, TEXAS

 

Cause No. 1160719

THE STATE OF TEXAS

v

Calvin Remo , Defendant

IN THE 339th DISTRICT COURT

~~COUNTY CRIMINAL COURT AT LAW NO.~~ _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [X] is not a plea-bargain case, and the defendant has the right of appeal [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal

_____
Judge

_May 28, 2015_
Date Signed

I have received a copy of this certification  I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure  I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals  TEX R. APP. P  68 2  I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit  I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review

In Custody
_____
Defendant

Mailing Address _____

Telephone number _____

Fax number (if any) _____

FILED
Chris Daniel
District Clerk
MAY 28 2015
Time: _____
Harris County, Texas
By _____
Deputy

_____
Defendant's Counsel

State Bar of Texas ID number  07991300

Mailing Address. 3017 Houston Ave

Telephone number  H. TX. 47009

Fax number (if any). 7138800333
7138804018

* "A defendant in a criminal case has the right of appeal under these rules  The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order  In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only  (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal " TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

# APPEAL CARD

1st

7-27-15

Court **339**th

Cause No. **1160719**

The State of Texas
Vs

Remo, Calvin

5-28-15

Date Notice
Of Appeal: 5-28-15

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding MARIA T. JACKSON

Court Reporter PAMELA Knobloch

Court Reporter GINA Bench

Court Reporter_____

Attorney
on Trial Gladden, Greg

Attorney
on Appeal to be determined

Appointed_____ Hired_____

Offense Theft > = $ 20,000 < $ 100,000

Jury Trial Yes ✓ No_____

Punishment
Assessed 28 years TDC

Companion Cases
(If Known) N/A

Amount of
Appeal Bond Ø

Appellant
Confined: Yes ✓ No_____        22/997

Date Submitted
To Appeal Section 5-29-15

Deputy Clerk_____